**Order entered April 30, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01158-CV

**IN THE INTEREST OF A.D.B., II, A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

## ORDER

Before the Court is appellant's April 27, 2020 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **May 26, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE